IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL RANDOLPH, derivatively on behalf of CARBONITE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOHAMAD S. ALI, ANOTHONY FOLGER, STEVE MUNFORD, LINDA CONNLY, SCOTT DANIELS, DAVID FRIEND, CHARLES KANE, TODD KRASNOW, and MARINA LEVINSON, <br><br> Defendants, <br><br> -and- <br><br> CARBONITE, INC., <br><br> Nominal Defendant. | Civil Action No. 1:19-cv-12212 |

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 23.1(c) and 41(a), the Plaintiff Michael Randolph, by his undersigned counsel, hereby moves this court for an Order voluntarily dismissing this Action brought on behalf of Nominal Defendant Carbonite, Inc. ("Carbonite"), against defendants Mohamad Ali, Anthony Folger, Stephen Munford, Linda Connly, Scott Daniels, David Friend, Charles Kane, Todd Krasnow, and Marina Levinson (together with Carbonite, the "Defendants"), without prejudice and with all parties to bear their own costs and fees. Counsel for the parties have met and conferred regarding the issues raised in this Motion, and Defendants do not oppose this Motion.

1

Dated: January 20, 2020    **LEVI & KORSINSKY, LLP**
By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins (BBO No. 657485)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
shopkins@zlk.com

Gregory Mark Nespole
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, New York 10006
Tel: (203) 363-7500
Fax: (212) 363-7171
gnespole@zlk.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicates as non-registered participants on January 20, 2020.

Dated: January 20, 2020                                         */s/Shannon L. Hopkins*
                                                                                                   Shannon L. Hopkins